James C. DAVIS, Federal Agent for Claims Due in Operation of Seaboard Air Line Railway Company, Appellant, v. E. H. PRINGLE, as Trustee in Bankruptcy of the Estate of Charles F. Boyd Company, Inc., Bankrupt, Appellee.

### In re CHARLES F. BOYD CO.

(Circuit Court of Appeals, Fourth Circuit. September 29, 1924.)

No. 2246.

Appeal from the District Court of the United States for the Eastern District of South Carolina, at Charleston, in Bankruptcy; Henry A. Middleton Smith and Ernest F. Cochran, Judges.

Alex Koplin, Gen. Atty. for U. S. Railroad Administration, of Washington, D. C., and Augustine T. Smythe, of Charleston, S. C. (Lambert McAllister, of Washington, D. C., on the brief), for appellant.

N. B. Barnwell, of Charleston, S. C. (F. H. Horlbeck, Whaley, Barnwell & Grimball, and Mitchell & Horlbeck, all of Charleston, S. C., on the brief), for appellee.

Before, WOODS and WADDILL, Circuit Judges, and WEBB, District Judge.

WOODS, Circuit Judge. This appeal involves the claim of the Director General to priority of the debt due by the bankrupt, accruing on the line of the Seaboard Air Line Railway Company during federal control. The questions made are discussed and decided in the opinion filed this day in No. 2245, Davis, Federal Agent, v. E. H. Pringle, Trustee, 1 F. (2d) 860, this day decided.

For the reasons therein stated, the decree of the District Court must be affirmed.